Certificate Number: 00927-NJ-DE-032500759

Bankruptcy Case Number: 19-13793



00927-NJ-DE-032500759

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 25, 2019</u>, at <u>6:39</u> o'clock <u>PM EDT</u>, <u>Marcus Tse</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 25, 2019</u>          By:   <u>/s/OLIVIA MARTINEZ for RICHARD A GARCIA</u>

Name:   <u>RICHARD A GARCIA</u>

Title:   <u>PRESIDENT and INSTRUCTOR</u>