UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.: 19-13793-ABA
                                                   Chapter: 7
Marcus Tse                                         Judge:    Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on May 14, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$101,700.00  20 Hyacinth Lane  Sicklerville, NJ  08081

Liens on property:

$108,533.00  Nationstar Mortgage, dba Mr. Cooper/KML Law Group, PC

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name: <u>Douglas S. Stanger</u>

Address: <u>646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221</u>

Telephone No. <u>(609) 645-1881</u>