UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Case No.: 19-13793-ABA
         Chapter: 7
Marcus Tse   Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on May 14, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$101,700.00  20 Hyacinth Lane  Sicklerville, NJ  08081

Liens on property:

$108,533.00  Nationstar Mortgage, dba Mr. Cooper/KML Law Group, PC

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-13793-ABA
Marcus Tse                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Apr 08, 2019
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
```
db              +Marcus Tse,    20 Hyacinth Lane,    Sicklerville, NJ 08081-2525
518047262       +AT&T Mobility,    c/o Credence,    PO Box 2390,    Southgate, MI 48195-4390
518047261       +American Express,    PO Box 981535,    El Paso, TX 79998-1535
518047263       +Blaze Credit Card,    PO Box 5096,    Sioux Falls, SD 57117-5096
518047265       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
518047268       +Egg Harbor Township Court,    3515 Bargaintown Road,    Egg Harbor Township, NJ 08234-8321
518047269       +GC Services Limited Partnership,    PO Box 1545,    Houston, TX 77251-1545
518047270       +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518047271       +Nationstar Mortgage, dba Mr. Cooper,    8950 Cypress Waters Blvd.,    Dallas, TX 75019-4620
518047273       +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
518047275       +State of NJ-Motor Vehicle Commission,    Administrative Unit,    225 East State Street,
                  Trenton, NJ 08666-0001
518047276       +Wells Fargo,    PO Box 10347,    Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 00:13:16      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 00:13:13      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518047264       +E-mail/Text: cms-bk@cms-collect.com Apr 09 2019 00:12:52      Capital Management Services,
                  698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518047266       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 09 2019 00:21:15      Credit One Bank,
                  PO Box 98873,   Las Vegas, NV 89193-8873
518047267        E-mail/Text: mrdiscen@discover.com Apr 09 2019 00:12:24      Discover Card,    PO Box 30943,
                  Salt Lake City, UT 84130
518047272       +E-mail/Text: bkr@cardworks.com Apr 09 2019 00:12:15      Ollo Card Services,    PO Box 9222,
                  Old Bethpage, NY 11804-9222
518047274       +E-mail/Text: bk@rgsfinancial.com Apr 09 2019 00:12:24      RGS Financial, Inc.,    PO Box 852039,
                  Richardson, TX 75085-2039
                                                                                              TOTAL: 7
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
```
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,   nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Jill T. Bryan    on behalf of Debtor Marcus  Tse jtb.assistant1@verizon.net
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```